## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

KENNETH COOPER,

    Plaintiff,

v.                                      Civ. No. 24-504 LF/GJF

CITY OF GALLUP, a New Mexico Municipality,
JM DEYOUNG, LOUIE BONAGUIDI,
and MICHAEL SCHAAF,

    Defendants.

## ORDER GRANTING IN PART MOTION TO WITHDRAW

THIS MATTER is before the Court on David R. Jordan's Motion to Withdraw [ECF 26] ("the Motion"). In the Motion, Mr. Jordan moves to withdraw on the basis that he has been suspended by the New Mexico State Bar. *Id*. Mr. Jordan further requests that the "case be stayed for a reasonable time to permit his client to obtain alternate counsel." *Id*. Having reviewed the motion and the grounds therefore, the Court FINDS that insofar as Mr. Jordan seeks to withdraw as counsel for Plaintiff the motion is well-taken and will be GRANTED. Based on this withdrawal, the Court will give Plaintiff 45 days to retain new counsel or to file a notice indicating that he will proceed *pro se*. To the extent the Motion requests a stay of proceedings, Defendants may, within seven days, file a notice explaining whether they object to such a stay during that 45-day period.

**IT IS THEREFORE ORDERED** that David R. Jordan is **WITHDRAWN** as counsel for Plaintiff.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **December 30, 2024**, to obtain counsel or to file a notice that he will proceed *pro se*. If no entry of appearance is filed on Plaintiff's behalf by December 30, 2024, Plaintiff will be deemed to be proceeding *pro se*.

**IT IS FURTHER ORDERED** that by **November 21, 2024**, Defendants shall file a notice explaining whether they object to a stay of the case, including the deadline for Plaintiff to respond to Defendants' Motion to Dismiss [ECF 19], until December 30, 2024.

**IT IS FINALLY ORDERED** that the Clerk's Office is directed to mail both this Order and Mr. Jordan's Motion to Withdraw [ECF 26] to Plaintiff at the following address:

Kenneth Cooper
P.O. Box 572
Fort Defiance, AZ 86504

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE