UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

KENNETH COOPER,

    Plaintiff,

v.                                                          Civ. No. 24-504 LF/GJF

CITY OF GALLUP, a New Mexico Municipality,
JM DEYOUNG, LOUIE BONAGUIDI,
and MICHAEL SCHAAF,

    Defendants.

## ORDER EXTENDING STAYING

THIS MATTER is before the Court on Plaintiff Kenneth Cooper's Motion for Continuance of Stay [ECF 35] in which he seeks an extension of the 45-day stay of litigation. Explaining that an incorrect mailing address and the closure of legal offices during Thanksgiving and Christmas contributed to his inability to obtain counsel by the December 30, 2024 deadline imposed by this Court, Plaintiff seeks a continuation of the stay until March 3, 2025. Plaintiff's Motion is well-taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff must obtain counsel or file a notice that he will proceed *pro se* by March 3, 2025. If neither an entry of appearance nor a notice of proceeding *pro se* is filed by March 3, 2025, Plaintiff will be deemed to be proceeding *pro se*.

**IT IS FURTHER ORDERED** that this case – including the deadlines for Plaintiff to respond to Defendants' Motion to Dismiss [ECF 19] and for Defendants to respond to Third-Party Defendant's Motion to Dismiss [32] – is stayed until **March 3, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff will have 14 days after the stay is lifted to respond to Defendants' Motion to Dismiss [ECF 19], and Defendants will likewise have 14 days after the stay is lifted to respond to the Third-Party Defendant's Motion to Dismiss [ECF 32].

2

**IT IS FINALLY ORDERED** that the Clerk's Office is directed to mail this Order to Plaintiff at the following address:

Kenneth Cooper
P.O. Box 1445
Ganado, AZ 86505

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE