## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

KENNETH E. COOPER,

    Plaintiff/Counterclaim-Defendant,

v.                                                                                                              Civ. No. 1:24-504 MIS/GJF

CITY OF GALLUP,

    Defendant/Counterclaimant,

and

CITY OF GALLUP,

    Third-Party Plaintiff,

v.

REACHING HIGHER SOLUTIONS, LLC,
a/k/a REACHING HIGHER HR SOLUTIONS, LLC,
d/b/a MERCER GROUP ASSOCIATES,

    Third-Party Defendant.

## ORDER FOR PAYMENT OF ATTORNEY'S FEES

THIS MATTER is before the Court on its August 25, 2025 Order Granting Motion to Compel, in which the Court granted Defendant City of Gallup's ("Defendant's") request for costs and attorney's fees pursuant to Federal Rule of Civil Procedure 37(a)(5). ECF 85 at 6. Defendant has since submitted to the Court an Affidavit of Attorney's Fees. ECF 87. Therein, counsel for Defendant indicates that he devoted 5.8 hours to corresponding with Plaintiff regarding the outstanding discovery responses, researching legal issues related to the Motion to Compel, and drafting the Motion. ECF 87-1 at 2. Counsel for Defendant further advises that he bills for his services at the rate of $220.00 per hour and that the gross receipts taxes for his services related to the subject Motion to Compel amounted to $102.88, bringing the total of attorney fees to $1,378.55.

*Id.*

Plaintiff had until September 22, 2025, to file any objections to the number of hours claimed by Defendant's counsel or their hourly billing rate. ECF 85 at 6. He filed no such objections and failed to respond in any way. Moreover, the Court finds both that the time spent on issues related to Defendant's Motion to Compel and the hourly rate to be reasonable.

**IT IS THEREFORE ORDERED** that Plaintiff shall, no later than **October 3, 2025**, pay to Defendant City of Gallup's counsel $1,378.55 as reasonable expenses incurred by Defendant in bringing its Motion to Compel.  **IT IS FURTHER ORDERED** that Plaintiff shall file a "Notice of Compliance with Court Order" confirming that he has made payment pursuant to this Order.

**SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE